IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Shawn F. Anderson, #210811, *aka Shawn Floyd Anderson*, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No.: 9:09-402-TLW-BM ) |
| South Carolina Dept. of Corrections; and Doctor Glen Alewine, | ) ) ) ) |
| Defendants. | ) ) ) |

# ORDER

The plaintiff, Shawn F. Anderson ("plaintiff"), proceeding *pro se*, filed this action on February 18, 2009. (Doc. #1). The defendants filed a motion for summary judgment on July 15, 2009. (Doc. #15). The plaintiff filed no response to the defendants' motion.[1] This case was referred to Magistrate Judge Bristow Marchant pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #26). On October 7, 2009, the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that the defendants' motion for summary judgment be granted and that this case be dismissed. (Doc. #26). The plaintiff filed no objections to the report. Objections were due on October 26, 2009.

---

[1] The plaintiff did, however, file two motions to hold the case in abeyance. (Doc. #19, #22). These motions were denied on the merits by the Magistrate Judge. (Doc. #21, #23). An affidavit in support of abeyance was later filed. (Doc. #25). The affidavit provides no further basis for holding the case in abeyance.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. It is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. #26). For the reasons articulated by the Magistrate Judge, the defendants' motion for summary judgment, (Doc. #15), is **GRANTED** and this case is **DISMISSED**.

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

December 10, 2009
Florence, South Carolina